UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEJAN BAH, *Plaintiff*, v. DISTRICT OF COLUMBIA, *et al.*, *Defendants*. | Civil Action No. 23-cv-01248 (JDB) |

**Notice of Death**

Pursuant to Fed. R. Civ. P. 25(a)(1), undersigned counsel notifies the Court that she was notified that the Plaintiff, Mr. Tejan Bah, passed away February 6, 2025.

Counsel will make the necessary motions required within 90 days, once a representative has been established.

Respectfully submitted,
*/s/ Deborah M. Golden*
Deborah M. Golden
DC Bar # 470-578
The Law Office of Deborah M. Golden
700 Pennsylvania Ave. SE, 2nd Floor
Washington, DC 20003
202-630-0332
dgolden@debgoldenlaw.com
